**COUNTY OF LACKAWANNA and John Grow, Appellees**

v.

**Dennis WOLFF, Appellant.**

Supreme Court of Pennsylvania.

Jan. 18, 2005.

### ORDER

PER CURIAM:

AND NOW, this 18th day of January, 2005, the order of the Court of Common Pleas of Lackawanna County is AF-FIRMED.